# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00576-CV

### E. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C200064CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant E. H. filed her notice of appeal on November 9, 2021. The appellate record was complete on November 18, 2021, making appellant's brief due on December 8, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Emily Martinez to file appellant's brief no later than January 3, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 15, 2021.

Before Justices Goodwin, Baker, and Smith